No. 315, Misc. KUMITIS *v.* PENNSYLVANIA. Supreme Court of Pennsylvania. Certiorari denied.

No. 326, Misc. EDDY *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall, Jr.* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 337, Misc. THOMAS *v.* SMYTH, SUPERINTENDENT, VIRGINIA STATE PENITENTIARY. Supreme Court of Appeals of Virginia. Certiorari denied. *William Alfred Hall, Jr.* for petitioner. *A. S. Harrison, Jr.,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.

No. 338, Misc. TAYLOR *v.* KLINGER, SUPERINTENDENT, CALIFORNIA MEN'S COLONY. Supreme Court of California. Certiorari denied.

No. 343, Misc. UNITED STATES EX REL. EGITTO *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 354, Misc. WILSON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 356, Misc. LOTHRIDGE *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 357, Misc. ALLEN *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 394, Misc. FURTAK *v.* OREGON. Supreme Court of Oregon. Certiorari denied.